# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0633. MARVIS MCDANIEL-IVEY v. MOHAMED OUDA et al.**

On May 15, 2018, in these related civil actions, one of which began as a dispossessory proceeding in magistrate court, the trial court entered two orders: an order denying Marvis McDaniel-Ivey's motion to recuse and an order denying a motion to set aside a previous order under OCGA § 9-11-60 (d). On July 19, 2018, McDaniel-Ivey filed a notice of appeal to the Supreme Court, seeking to appeal the trial court's "illegal Orders entered . . . on May 15, 2018[.]"[1] The Supreme Court transferred the appeal to this Court, finding no basis for its jurisdiction. See Case No. S19A0078 (September 24, 2018).

Ordinarily, a notice of appeal must be filed within 30 days of the judgment being appealed. OCGA § 5-6-38 (a). But appeals from any judgment entered in a dispossessory action must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Regardless of which statutory deadline applies, McDaniel-Ivey's notice of appeal, filed 65 days after the trial court's May 15 orders, is untimely. Accordingly, this appeal is hereby DISMISSED.

---

[1] McDaniel-Ivey has frequently appeared in this Court in these cases. See, e.g., Case No. A19A0408 (dismissed October 4, 2018); A17A1774 (dismissed June 15, 2017).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __01/02/2019__
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*